IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

GREGORY ATWATER,

    Plaintiff,

v.                                     Case No. 19CV0363

BONNIE GUGLER, et al.,

    Defendants.

## STIPULATION FOR DIMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate and agree that all claims against the Defendant in the above-captioned case should be dismissed on the merits and with prejudice, without an award of costs to any party, and without further notice.

Date: 3/6/2023

                              John D. Tripoli
                              Attorney for Plaintiff

Date: 3/6/2023

                              Kevin Grzebielski
                              Attorney for Defendant